**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FEDERAL INSURANCE COMPANY,

                Plaintiff,

                -against-

BLUESTONE RESOURCES, INC., et al.,

                Defendants.

------------------------------------------------------------x

23-CV-4963 (MKV) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a preliminary settlement conference call in this action on May 6, 2025. Accordingly, the parties are directed to file a joint letter on the docket by **Thursday, May 22, 2025**, providing an update regarding the status of settlement. The parties' letter should indicate: (1) whether Defendants have produced the documents discussed at the conference; and (2) whether the parties are available for **one** more call to discuss settling the case.

        **SO ORDERED.**

Dated: May 6, 2025
       New York, New York

                                  *s/ Ona T. Wang*
                                      **Ona T. Wang**
                              United States Magistrate Judge