**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
FEDERAL INSURANCE COMPANY,                :
                                          :
                Plaintiff,                :       23-CV-4963 (MKV) (OTW)
                                          :
          -against-                       :       SCHEDULING ORDER
                                          :
BLUESTONE RESOURCES, INC., et al.,        :
                                          :
                Defendants.               :
                                          :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 71.

The parties' request for an adjournment of the in-person Settlement Conference currently scheduled for July 30, is **GRANTED**. The Conference is **ADJOURNED** to **Tuesday, August 19, 2025, at 10:00 a.m.** There will be **no further adjournments without exceptionally good cause shown**.

It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by **Tuesday, August 12, 2025**.

The Clerk of Court is respectfully directed to close ECF 71.

**SO ORDERED.**

Dated: July 1, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge