**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
FEDERAL INSURANCE COMPANY,                                 :
                                                           :
                Plaintiff,                                 :          23-CV-4963 (MKV) (OTW)
                                                           :
        -against-                                          :          ORDER
                                                           :
BLUESTONE RESOURCES, INC., et al.,                         :
                                                           :
                Defendants.                                :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court will hold a **Telephonic Settlement Conference with Defendants' counsel only on Tuesday, September 16, 2025, at 3:00 p.m.** The Court will hold a **Telephonic Settlement Conference with Plaintiff's counsel only on Tuesday, September 16, 2025, at 3:30 p.m.** Counsel are directed to call Chambers at (212) 805-0260 for each call.

It is **FURTHER ORDERED** that this case is **STAYED** pending settlement discussions.

The Order to Show Cause at ECF 73 is satisfied. The Court will not impose sanctions at this time.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: August 20, 2025              **Ona T. Wang**
       New York, New York            United States Magistrate Judge