**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
FEDERAL INSURANCE COMPANY,                  :
                                            :
                 Plaintiff,                 :          23-CV-4963 (MKV) (OTW)
                                            :
                 -against-                  :          ORDER
                                            :
BLUESTONE RESOURCES, INC., et al.,          :
                                            :
                 Defendants.                :
                                            :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court will hold a **Telephonic Settlement Conference with Defendants' counsel only on Wednesday, September 17, 2025, at 2:30 p.m.** Counsel is directed to call Chambers at (212) 805-0260.

**SO ORDERED.**

*/s/ Ona T. Wang*

Dated: September 16, 2025          **Ona T. Wang**
       New York, New York          United States Magistrate Judge