**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FEDERAL INSURANCE COMPANY,

               Plaintiff,

               -against-

BLUESTONE RESOURCES, INC., et al.,

               Defendants.

------------------------------------------------------------x

23-CV-4963 (MKV)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

In light of the parties' upcoming status conference with Judge Vyskocil on October 15, (*see* ECF 70), I am vacating my August 20 Order staying the case (ECF 74).

This Order is not intended to adjourn the parties' continuing settlement discussions. Accordingly, the Court will hold a settlement call with the parties on **November 5, 2025**, at 3:00 p.m. Please call Chambers at (212) 805-0260 when all counsel are on the line.

If the parties seek an additional stay pending settlement discussions, they should apply to Judge Vyskocil.

      **SO ORDERED.**

*/s/ Ona T. Wang*

Dated: October 10, 2025
       New York, New York

**Ona T. Wang**
United States Magistrate Judge