```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FEDERAL INSURANCE COMPANY,                    :
                                              :
                Plaintiff,                    :      23-CV-4963 (MKV)
                                              :
        -against-                             :      ORDER
                                              :
BLUESTONE RESOURCES, INC., et al.,            :
                                              :
                Defendants.                   :
                                              :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

As discussed at the settlement call with the parties on November 5, Defendants are directed to provide, by **November 21, 2025**, disclosures and responses to Plaintiff's inquiry. Defendants are also directed to discuss with Plaintiff a proposal to resolve the case by that date.

The parties are directed to appear for a telephonic settlement conference on **November 24, 2025**, with Plaintiff's counsel to call Chambers at **2:00 p.m**. and Defendants' counsel to call Chambers at **2:30 p.m.** Both Counsel should be available for a joint call with Chambers at **3:00 p.m.** Counsel are directed to call Chambers at (212) 805-0260 for each call.

**SO ORDERED.**

/s/ Ona T. Wang

**Ona T. Wang**
United States Magistrate Judge

Dated: November 5, 2025
       New York, New York