**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                  Plaintiff,                        23 **CIVIL** 4963 (MKV)

       -against-                                **JUDGMENT**

  BLUESTONE RESOURCES, INC., et al.,

                 Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated February 19, 2026, Plaintiff's motion for summary judgment is granted on all counts. Judgment is entered for Plaintiff in the amount of $8,297,522.31 and for specific performance of the disposition of the High Wall Miner; accordingly, the case is closed.

**Dated:**  New York, New York

      February 24, 2026

                                          **TAMMI M. HELLWIG**

                                         _____
                                             **Clerk of Court**

                      BY:                         _____
                                             **Deputy Clerk**